UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-216(DSD/JJK)

United States of America,

    Plaintiff,

v.  **ORDER**

Trudale Raymond Williams,

    Defendant.

This matter is before the court upon the objection by defendant Trudale Raymond Williams to the February 13, 2012, report and recommendation of Magistrate Judge Jeffrey J. Keyes. In his report, the magistrate judge recommends denying defendant's motions to suppress statements and evidence. Defendant objects and argues that his arrest was not supported by probable cause.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of the motion. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Defendant's objection [ECF No. 58] to the magistrate judge's report and recommendation is overruled;

2. The magistrate judge's report and recommendation [ECF No. 57] is adopted in its entirety; and

3. The motions to suppress [ECF No. 37 & 38] are denied.

Dated: February 27, 2012

                                                    <u>s/David S. Doty</u>
                                                  David S. Doty, Judge
                                                  United States District Court